STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

**REHEARING ACTION: May 13, 2015**

**Docket Number: 15  00300-CW**

**ROXANNE LATIOLAIS
VERSUS
HUDSON INSURANCE COMPANY,
ET AL.**

**Writ Application from Lafayette Parish Case No. 2011-4809**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters
    Hon. James T. Genovese
    Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Hudson Insurance Company, et al** and the application for rehearing filed by **Gemini Insurance Company** have this day been

    **DENIED.**

cc: Philip Charles Brickman, Counsel for  the Respondent
    Foster P. Nash, III, Counsel for  the Respondent
    Sidney Wallis Degan, III, Counsel for  the Respondent
    Travis Louis Bourgeois, Counsel for  the Respondent
    James Christian Lewis, Counsel for the Applicant
    David Thomas Butler, Jr., Counsel for  the Respondent
    John Patrick Guillory, Counsel for the Applicant